# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| v. | ) )  Case No. CR-25-341-D |
| CLEVELAND DAVID HALL, II, | ) ) ) |
| Defendant. | ) ) |

## **ORDER**

This case is currently set for trial on November 4, 2025. On October 20, 2025, Defendant filed his "Motion to Suppress Evidence Obtained as the Result of an Ill[e]gally Prolonged Detention and Brief in Support" [Doc. No. 27]. The government's response is due on or before October 29, 2025. The Court anticipates setting a hearing on the Defendant's motion to suppress and will require a reasonable amount of time to resolve the motion. Therefore, the Court finds that this case should be continued to the next jury trial docket.

The Speedy Trial Act, 18 U.S.C. §§ 3161-74, is not implicated by a continuance of Defendant's trial under these circumstances. The pendency of the motion to suppress tolls the running of the speedy trial clock from the date of filing through the conclusion of the hearing and a reasonable period of additional time while the motion is under advisement. *See* 18 U.S.C. § 3161(h)(1)(D) and (H). Thus, the Court finds a continuance of this case to the December 2, 2025, trial docket is necessary and appropriate.

**IT IS THEREFORE ORDERED** that this case is **STRICKEN** from the November 4, 2025, trial docket and **RESET** on the Court's December 2, 2025, jury trial docket. The current deadlines for trial-related filings and submissions are stricken, to be reset.

**IT IS SO ORDERED** this 23rd day of October, 2025.

_____
TIMOTHY D. DeGIUSTI
Chief United States District Judge